# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2006

129432 & (12)

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

EDWARD DARNELL CRAWFORD,
    Defendant-Appellant.

SC: 129432
COA: 263784
Wayne CC: 93-012577-01

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____/

On order of the Court, the application for leave to appeal the July 22, 2005 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to remand is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2006

_____
Clerk

p0123